# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-13-00144-CV

**G. C., Jr., Appellant**

**v.**

**Texas Department of Family and Protective Services, Appellee**

### FROM THE 340TH DISTRICT COURT OF TOM GREEN COUNTY,
### NO. C-09-0016-CPS, THE HONORABLE JAY K. WEATHERBY, JUDGE PRESIDING

### O R D E R

**PER CURIAM**

The reporter's record in this appeal was originally due to be filed on March 7, 2013. To date, the reporter's record has not been filed.

Effective March 1, 2012, amendments to the Texas Rules of Appellate Procedure adopted by Texas Supreme Court Miscellaneous Docket No. 12-9030 prohibit this Court from granting extensions of over 10 days for the filing of reporters' records in accelerated appeals, including those from suits for termination of parental rights. *See* Tex. R. App. P. 35.3(c). Further, any extensions of time granted for the filing of the reporters' records may not exceed 30 days cumulatively. *See* Tex. R. App. P. 28.4(b)(2). Accordingly, Cindy Rister-Saunders is hereby ordered to file the reporter's record in this case on or before April 8, 2013. If the record is not filed by that date, Ms. Rister-Saunders may be required to show cause why she should not be held in contempt of court.

It is ordered on March 28, 2013.

Before Chief Justice Jones, Justices Goodwin and Field